IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS (Herbert S.K. Kaopua, Sr., Robert M. Fernandez, Lovell K. Ka'opua, Sr., Patrick K. Kanekoa, Kent A. Matsuzaki, and Mark K. Suzuki), *by and through their Administrator*, FRANCIS CHUN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PRECISION PLUMBING, INC.,<br><br>          Defendant.<br>_____ | CIVIL 08-00180DAE-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 30, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Plaintiffs' Motion for Default Judgment against Defendant Precision Plumbing, Inc., filed July 8, 2008; Certificate of Service" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 16, 2008.



_____
David Alan Ezra
United States District Judge